4/29/25, 4:24 PM

Gmail - Civil Case

**M** Gmail

Noah Clark <noahd4466@gmail.com>

FILED/REC'D

**Civil Case**

1 message

2025 MAY -5  A 11: 08

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

**Noah Clark** <noahd4466@gmail.com>
To: Noah Clark <noahd4466@gmail.com>

Tue, Apr 29, 2025 at 4:23 PM

22-CV-372-JDP

To the Western District Court of Wisconsin case number 22CV372JDP. My name is Noah Clark (PLAINTIFF). I am acting prose representing myself in case number 22CV372JDP. With this motion, I am requesting that the court appointment me legal representation as I am disabled due to the actions of the defendants. Also, as the court requested, I've included several attorneys that I've contacted in the past that have not offered to take my case. I'm also including documentation that proves my disability. I must stress at this point that I am very confused as to why the case that I won is suddenly being challenged in a manner that only serves to undermine my protections under the United States constitution?

With a very heavy and pleading heart, I asked the court to follow through with the prior decision or to appoint me council so that I might understand why the courts decision has been altered so that I may determine the next path I must take to get justice. I think your honor for pointing me in Attorney for this case, as I am unable to work or function, normally on a daily basis, and indeed unable to adequately represent myself.

At this time I would like to update the court in the clerk of court of my new telephone number as follows 715-651-3808. I thank you for your time your honor on this day April 27, 2025.

Sincerely, Noah D. Clark.