IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NOAH DABE CLARK,

                              Plaintiff,                                        ORDER

        v.

AUSTIN TUCKER,                                                        22-cv-372-jdp

                              Defendant.

---

Plaintiff Noah Clark alleges that he was severely injured when defendant Officer Austin Tucker shot him in the leg at close range with a beanbag. I denied Tucker's motion to dismiss based on the statute of limitations and I stayed the case to recruit pro bono counsel to represent Clark. Dkt. 63.

The court has now located counsel to represent Clark: Attorney Jacob Skebba has agreed to represent Clark with the understanding that he will serve with no guarantee of compensation for his services.

It is the court's intention that the scope of representation extends to proceedings in this court only. "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a notice of appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

Clark should understand that because he is now represented in this case, he may not communicate directly with the court from this point forward. He must work directly with his lawyer and must permit his lawyer to exercise professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Clark does not have the right to require counsel to raise frivolous arguments or to follow every directive that he

makes. He should be prepared to accept the strategic decisions made by his lawyer even if he disagrees with some of them. If Clark decides at some point not to work with this lawyer, he is free to end the representation, but he should be aware that it is unlikely that the court will recruit another lawyer to represent him.

The court will set a telephone conference before Magistrate Judge Anita Marie Boor to set the schedule for the remainder of the proceedings in this lawsuit.

ORDER

IT IS ORDERED that the clerk of court is directed to set a telephone conference before Magistrate Judge Anita Marie Boor to set the schedule for the remainder of the proceedings in this lawsuit.

Entered March 11, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge